UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| THOMAS SPOTTED BEAR,<br><br>Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 5:25-CV-05047-RAL<br><br><br>ORDER DIRECTING MOVANT TO FILE AN AMENDED PETITION |

Thomas Spotted Bear filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Doc. 1. But Spotted Bear is not "in custody under sentence of a court established by Act of Congress[.]" 28 U.S.C. § 2255(a). Spotted Bear challenges a tribal court conviction. See Docs. 1, 1-1. Specifically, Spotted Bear claims that he entered into a plea agreement, but when he was sentenced neither the tribal court judge nor the prosecutor honored the plea agreement. Doc. 1 at 5; Doc. 1-1 at 1. He also alleges that his counsel was ineffective. Doc. 1 at 5; Doc. 1-1 at 2. Spotted Bear has not paid a filing fee or moved for leave to proceed in forma pauperis.

"The privilege of the writ of habeas corpus shall be available to any person, in a court of the United States, to test the legality of his detention by order of an Indian tribe." 25 U.S.C. § 1303. But § 1303 is "the exclusive means for federal-court review of tribal criminal proceeding." Santa Clara Pueblo v. Martinez, 436 U.S. 49, 67 (1978). Even if Spotted Bear has a cognizable claim under § 1303, he cannot sue the Oglala Sioux Tribe or tribal court directly because of tribal sovereign immunity. Rather, he may name the tribal judge or other tribal official exercising jurisdiction over him instead. Nygaard v. Taylor, No. 3:19-CV-03016-RAL, 2021 WL 4772012,

at *7 (D.S.D. Sept. 24, 2021). In lieu of dismissing this case on screening, this Court will give Spotted Bear until December 19, 2025, within which to file an amended petition under 25 U.S.C. § 1303 and then will direct its service if it survives screening. Therefore, it is

ORDERED that Spotted Elk has until **December 19, 2025**, within which to file an amended petition under 25 U.S.C. § 1303 naming the tribal judge or other tribal official exercising jurisdiction over him. It is further

ORDERED that Spotted Bear must pay the $5.00 filing fee for a petition for writ of habeas corpus or file a motion for leave to proceed in forma pauperis and certified prisoner trust account report. It is finally

ORDERED that Spotted Bear's failure to comply with this Order may result in the dismissal of this action without prejudice.

DATED this 19th day of November, 2025.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE

2